**Opinion issued December 3, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00244-CV

————————————

**FRANK SIMMONS, Appellant**

**V.**

**REPUBLIC MOTOR SPORTS, INC. DBA REPUBLIC**

**HARLEY-DAVIDSON, Appellee**

---

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 14-DCV-216519**

---

## MEMORANDUM OPINION

Appellant, Frank Simmons, appealed from the trial court's order granting the appellee's motion for summary judgment, signed on February 12, 2015. *See* TEX. R. APP. P. 26.1(a)(1). However, appellant has neither paid the required filing fee

nor established indigence for purposes of appellate costs. *See id.* 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041(1) (West 2013), §101.0411 (West Supp. 2014); Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 13-9127 (Tex. Aug. 16, 2013).  After being notified by the Clerk of this Court on April 8, 2015, that this appeal was subject to dismissal, appellant did not timely respond.  *See* TEX. R. APP. P. 5, 42.3(c).

Accordingly, we **dismiss** the appeal for nonpayment of all required fees and for want of prosecution.  *See* TEX. R. APP. P. 5, 42.3(b), (c).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Keyes, and Bland.